IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL MARCONI AND MELISSA WALSH AS EXECUTORS OF THE ESTATE OF JOE MARCONI, ADELINA MARCONI, RICHARD A. BENSON, LOUIS M. BENSON, DANIEL J. SOLIZ, MARGRET M. SOLIZ, MARY POPIEL, JOHN WULFF, and EMIL GOELLNER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDIANA MUNICIPAL POWER AGENCY, ICS, INC., RAJESHWAR G. RAO, SARGENT & LUNDY, L.L.C., and SKELLY AND LOY, INC.,<br><br>Defendants. | Case No. 1:14-CV-07291<br><br>**Honorable Rebecca R. Pallmeyer**<br><br>Mag. Judge Michael T. Mason |

## ORDER AND FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order granting Defendants' Motions to Dismiss dated August 30, 2016, and the Parties' agreement that Plaintiffs shall waive any appellate rights that may exist in this matter, and that Defendants shall not seek costs from Plaintiffs in this matter,

IT IS SO ORDERED, this 26th day of October, 2016 that Final Judgment is entered in favor of Defendants Indiana Municipal Power Agency, ICS, Inc., Rajeshwar G. Rao, Sargent & Lundy, L.L.C. and Skelly and Loy, Inc.

*[signature]*

_____
Honorable Rebecca R. Pallmeyer
United States District Judge

Date: October 26, 2016